# UNITED STATES DISTRICT COURT
for the

Western District of Louisiana

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Mark Lynn Darrel Richard ) | Case No: 02-CR-60054-001 |
| ) | USM No: 11617-035 |
| Date of Previous Judgment: 10/07/2003 ) | Elbert Guillory |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __135__ months **is reduced to** __120__ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __31__   Amended Offense Level: __29__
Criminal History Category: __III__   Criminal History Category: __III__
Previous Guideline Range: __135__ to __168__ months   Amended Guideline Range: __108__ to __135__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

While the applicable guideline range is 108 to 135 months, the statutorily required mandatory minimum sentence is 120 months.
The sentence reduction ordered above is subject to the prohibition found in U.S.S.G. §1.B.1.10(b)(2)(C).
Objections to this order should be filed within sixty (60) days.

Except as provided above, all provisions of the judgment dated __10/07/2003__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 07/16/2008

Judge's signature

Effective Date: 09/15/2008
(if different from order date)

Tucker L. Melancon, United States District Judge
Printed name and title